**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00196-CV**

_____

**$216,991.58 U.S. CURRENCY (PHYSICAL REHABILITATION PLLC),**
**Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-11-12198 CV**

**MEMORANDUM OPINION**

John A. Tafel filed a notice of appeal, but subsequently notified the Court that he had filed the notice of appeal on behalf of Physical Rehabilitation PLLC. We questioned the finality of the "Interlocutory Default Judgment of Forfeiture" and requested responses from the parties. In its reply, the State contended the forfeiture action remains pending in the trial court. *See Perkins v. State*, No. 07-09-0107-CV, 2009 WL 4642229, at *1 (Tex. App.—Amarillo Dec. 8, 2009, no pet.).

1

On June 20, 2013, the appellant, Physical Rehabilitation PLLC, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal without prejudice.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered July 11, 2013
Before McKeithen, C.J., Gaultney and Kreger, JJ.